BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00321 BAM |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| LAUREL A. LAKEN, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on September 20, 2012, against Laurel A. Laken, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 16, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                            By : /s/ Megan A. S. Richards
                                 MEGAN A. S. RICHARDS
                                 Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on September 20, 2012, against Laurel A. Laken, be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   October 16, 2012**          /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE